**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 98-6223**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OSMEL GARCIA,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-96-289)

―――――――――――

Submitted: July 2, 1998          Decided: July 27, 1998

―――――――――――

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Osmel Garcia, Appellant Pro Se. James L. Trump, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's denial of his motion for leave to supplement his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). Although Appellant's appeal of the district court's margin order denying his motion was interlocutory when filed, it is now ripe because the district court entered final judgment prior to this court's review of the appeal. See Equipment Fin. Group, Inc. v. Traverse Computer Brokers, 973 F.2d 345, 347 (4th Cir. 1992). We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. United States v. Garcia, No. CR-96-289 (E.D. Va. Jan. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED